J. Leonard SPODEK (doing business as Nationwide Postal Management), Appellant,

v.

John E. POTTER, Postmaster General, United States Postal Service, Appellee.

No. 01–1649.

United States Court of Appeals, Federal Circuit.

Oct. 30, 2001.

ORDER

Order Vacated, See 2001 WL 1685503.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Lawrence G. FRANK, Jr., Petitioner,

v.

DEPARTMENT OF THE TREASURY, Respondent.

No. 01–3067.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).